B6F (Official Form 6F) (12/07)

In re  PATRICK SULLIVAN                                                          ,          Case No._____

Debtor(s)                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Allied Insurance<br>3820 109th St.<br>Des Moines IA 50391-2175 | | | 2006<br>Corporate debt - may be personal | | | | $ 15,291.82 |
| Account No:<br>Creditor # : 2<br>American Interstate Insurance<br>24759 P. O. Drawer 1570<br>Deridder LA 70634-1570 | | | 2006<br>Corporate debt - may be personal | | | | $ 38,108.57 |
| Account No:<br>Creditor # : 3<br>American Interstate Insurance<br>24759 P. O. Drawer 1570<br>Deridder LA 70634-1570 | | | 2006<br>Corporate debt - may be personal | | | | $ 30,770.14 |
| Account No:   7098<br>Creditor # : 4<br>AT & T Mobility<br>P. O. Box 6428<br>Carol Stream IL 60197-6428 | | | April, 2008<br>Telephone | | | | $ 2,033.05 |

_32_ continuation sheets attached

Subtotal $                                        $ 86,203.58

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_ _____,   Case No. _____

Debtor(s)                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **7098** | | | | | | |
| *Representing:* AT & T Mobility | | Southwest Credit Systems, L.P. 5910 W. Plano Parkway Suite 100 Plano TX 75093-4638 | | | | |
| Account No: | | 2006 | | | | $ 990.96 |
| Creditor # : 5 Atlas Bobcat, Inc. 5050 N. River Road Schiller Park IL 60176 | | Corporate debt - may be personal | | | | |
| Account No: **9248** | | 2006 | | | | $ 46,211.54 |
| Creditor # : 6 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | Corporate debt - may be personal | | | | |
| Account No: **9248** | | | | | | |
| *Representing:* Caterpillar Financial | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| Account No: **7031** | | 2006 | | | | $ 66,446.58 |
| Creditor # : 7 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | Corporate debt - may be personal | | | | |
| Account No: **7031** | | | | | | |
| *Representing:* Caterpillar Financial | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |

Sheet No. _1_ of _32_ continuation sheets attached to Schedule of                    Subtotal $  |  $ 113,649.08
Creditors Holding Unsecured Nonpriority Claims

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _PATRICK SULLIVAN_____,                    Case No._____
                              **Debtor(s)**                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6155 Creditor # : 8 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 64,483.93 |
| Account No:   6155 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| Account No:   6134 Creditor # : 9 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 375,314.35 |
| Account No:   6134 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| Account No:   8462 Creditor # : 10 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 137,286.26 |
| Account No:   8462 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |

Sheet No.   2  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 577,084.54

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,    Case No._____
              **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** 0832 Creditor # : 11 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 63,504.13 |
| **Account No:** 0832 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| **Account No:** 0832 Creditor # : 12 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 91,297.35 |
| **Account No:** 0832 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| **Account No:** 6273 Creditor # : 13 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 95,603.27 |
| **Account No:** 6273 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |

Sheet No. _3_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 250,404.75

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8582 Creditor # : 14 Caterpillar Financial 2120 West End Avenue P. O. Box 34001 Nashville TN 37203-0001 | | | 2006 Corporate debt - may be personal | | | | $ 126,336.26 |
| Account No: 8582 Representing: Caterpillar Financial | | | Joshua M. Bernstein Statman Harris Siegel & Eyrich 333 W. Wacker Dr., #1710 Chicago IL 60606 | | | | |
| Account No: 9047 Creditor # : 15 Chase Bank OH1-1188 340 S. Cleveland, Bldg. 370 Westerville OH 43081 | | | April, 2008 Credit Card Purchases | | | | $ 700.05 |
| Account No: 9047 Representing: Chase Bank | | | Chase National Payment Service P. O. box 182223 Dept. OH1-1272 Columbus OH 43218-2149 | | | | |
| Account No: 9047 Representing: Chase Bank | | | I. C. System, Inc. P. O. Box 64886 Saint Paul MN 55164-0886 | | | | |
| Account No: 9047 Representing: Chase Bank | | | I. C. System, Inc. 444 Highway 96 East P. O. Box 64887 Saint Paul MN 55164-0887 | | | | |

Sheet No. 4 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 127,036.31

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_ ,                                    Case No._____
            **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0678<br>Creditor # : 16<br>Chase Card Services<br>P. O. Box 94014<br>Palatine IL 60094-4014 | | November, 2007<br>Credit Card Purchases | | | | $ 4,477.04 |
| Account No:   0678<br>Representing:<br>Chase Card Services | | NES<br>29125 Solon Road<br>Solon OH 44139-3442 | | | | |
| Account No:   0678<br>Representing:<br>Chase Card Services | | NAFS<br>165 Lawrence Bell Dr., #100<br>P. O. Box 9027<br>Buffalo NY 14231-9027 | | | | |
| Account No:<br>Creditor # : 17<br>Citicapital Commercial Corp.<br>c/o Noonan & Lieberman Ltd.<br>105 W. Adams, #3000<br>Chicago IL 60603 | | 2006<br>Corporate debt - may be personal | | | | Unknown |
| Account No:<br>Representing:<br>Citicapital Commercial Corp. | | Patrick J. McCann<br>Noonan & Lieberman, Ltd.<br>105 W. Adams, Suite 3000<br>Chicago IL 60603 | | | | |
| Account No:<br>Creditor # : 18<br>CNH Capital<br>Dept. CH 10460<br>Palatine IL 60055-0460 | | 2006<br>Corporate debt - may be personal | | | | $ 8,434.26 |

Sheet No.   5   of   32   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,911.30
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_ _____,   Case No._____

                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 19 Concrete Clinic 13089 Main Street Lemont IL 60439 | | | 2006 Corporate debt - may be personal | | | | $ 1,309.65 |
| Account No: Creditor # : 20 Crawford Supply Company 9645 West Willow Lane Mokena IL 60448 | | | 2006 Corporate debt - may be personal | | | | $ 825,783.38 |
| Account No: Representing: Crawford Supply Company | | | Richard Perna, J. M. Pfeiffer Fuchs & Roselli, Ltd. 440 W. Randolph, #500 Chicago IL 60606 | | | | |
| Account No: 9686 Creditor # : 21 Culligan Water Conditioning 9400 Enterprise Drive Mokena IL 60448-8321 | | | 2006 Corporate debt - may be personal | | | | $ 394.73 |
| Account No: Creditor # : 22 DeGroate Petroleum Service Inc 441 DeGroate Road New Lenox IL 60451 | | | 2006 Corporate debt - may be personal | | | | $ 49,809.71 |
| Account No: Creditor # : 23 Feltes Sand & Gravel Co., Inc. P. O. Box 370 Elburn IL 60119-3660 | | | 2006 Corporate debt - may be personal | | | | Unknown |

Sheet No.  _6_ of  _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 877,297.47

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _PATRICK SULLIVAN_ _____,                Case No. _____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 24<br>Ferguson Enterprises, Inc.<br>140 South Mitchell Court<br>Addison IL 60101-2620 | | | 2006<br>Corporate debt - may be personal | | | | $ 3,483.91 |
| Account No:<br>Creditor # : 25<br>Financial Management Services<br>c/o Grochocinski, et al.<br>1900 Ravinia Place<br>Orland Park IL 60462 | | | | | | | $ 0.00 |
| Account No:    ETR2<br>Creditor # : 26<br>Firebird Tire<br>22051 North 23rd Ave.<br>Phoenix AZ 85027 | | | 2007<br>Tire | | | | $ 529.25 |
| Account No:    ETR2<br>Representing:<br>Firebird Tire | | | Maricopa County Attorney<br>Check Enforcement<br>100 W. Washington, #2000<br>Phoenix AZ 85003-1806 | | | | |
| Account No:<br>Creditor # : 27<br>Fleet Services<br>P. O. Box 6293<br>Carol Stream IL 60197-6293 | | | 2006<br>Corporate debt - may be personal | | | | $ 2,248.67 |
| Account No:<br>Creditor # : 28<br>Fleet Services<br>P. O. Box 6293<br>Carol Stream IL 60197-6293 | | | 2006<br>Corporate debt - may be personal | | | | $ 2,228.96 |

Sheet No.    7    of    32   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 8,490.79

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_ _____,   Case No._____
              **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0764<br>Creditor # : 29<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 14,311.04 |
| Account No:   0764<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   1004<br>Creditor # : 30<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 32,485.07 |
| Account No:   1004<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   0551<br>Creditor # : 31<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 14,293.04 |
| Account No:   0551<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |

Sheet No. __8__ of __32__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 61,089.15

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,   Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **8146** Creditor # : 32 Ford Credit P. O. Box 219825 Kansas City MO 64121-9825 | | | 2006 Corporate debt - may be personal | | | | $ 28,002.66 |
| Account No: **8146** Representing: Ford Credit | | | Christopher H. Purcell Sherman & Sherman 120 S. LaSalle, #1460 Chicago IL 60603 | | | | |
| Account No: **9161** Creditor # : 33 Ford Credit P. O. Box 219825 Kansas City MO 64121-9825 | | | 2006 Corporate debt - may be personal | | | | $ 26,493.53 |
| Account No: **9161** Representing: Ford Credit | | | Christopher H. Purcell Sherman & Sherman 120 S. LaSalle, #1460 Chicago IL 60603 | | | | |
| Account No: **9829** Creditor # : 34 Ford Credit P. O. Box 219825 Kansas City MO 64121-9825 | | | 2006 Corporate debt - may be personal | | | | $ 15,496.69 |
| Account No: **9829** Representing: Ford Credit | | | Christopher H. Purcell Sherman & Sherman 120 S. LaSalle, #1460 Chicago IL 60603 | | | | |

Sheet No. __9__ of __32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal $ | $ 69,992.88 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _PATRICK SULLIVAN_____,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  2914 <br> Creditor # :  35 <br> Ford Credit <br> P. O. Box 219825 <br> Kansas City MO 64121-9825 | | | 2006 <br> Corporate debt - may be personal | | | | $ 26,350.12 |
| Account No:  2914 <br> Representing: <br> Ford Credit | | | Christopher H. Purcell <br> Sherman & Sherman <br> 120 S. LaSalle, #1460 <br> Chicago IL 60603 | | | | |
| Account No:  3908 <br> Creditor # :  36 <br> Ford Credit <br> P. O. Box 219825 <br> Kansas City MO 64121-9825 | | | 2006 <br> Corporate debt - may be personal | | | | $ 23,334.37 |
| Account No:  3908 <br> Representing: <br> Ford Credit | | | Christopher H. Purcell <br> Sherman & Sherman <br> 120 S. LaSalle, #1460 <br> Chicago IL 60603 | | | | |
| Account No:  5640 <br> Creditor # :  37 <br> Ford Credit <br> P. O. Box 219825 <br> Kansas City MO 64121-9825 | | | 2006 <br> Corporate debt - may be personal | | | | $ 27,197.50 |
| Account No:  5640 <br> Representing: <br> Ford Credit | | | Christopher H. Purcell <br> Sherman & Sherman <br> 120 S. LaSalle, #1460 <br> Chicago IL 60603 | | | | |

Sheet No.  10  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 76,881.99

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _PATRICK SULLIVAN_____,    Case No. _____

_____**Debtor(s)**_____    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4980<br>Creditor # : 38<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 20,603.91 |
| Account No:   4980<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   3706<br>Creditor # : 39<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 25,179.66 |
| Account No:   3706<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   1837<br>Creditor # : 40<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 20,214.06 |
| Account No:   1837<br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |

Sheet No.  11  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 65,997.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_____,          Case No. _____
                        **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3831<br>Creditor # : 41<br>Ford Credit<br>P. O. Box 219825<br>Kansas City MO 64121-9825 | | | 2006<br>Corporate debt - may be personal | | | | $ 14,796.80 |
| Account No:   3831<br><br>Representing:<br>Ford Credit | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   4296<br>Creditor # : 42<br>Ford Motor Credit Company<br>c/o Seidberg Law Offices, P.C.<br>2412 E. Campbell, PO Box 7290<br>Phoenix AZ 85011-7290 | | | 2006<br>Corporate debt - may be personal | | | | $ 9,429.78 |
| Account No:   4296<br><br>Representing:<br>Ford Motor Credit Company | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |
| Account No:   4296<br>Creditor # : 43<br>Ford Motor Credit Company<br>c/o Seidberg Law Offices, P.C.<br>2412 E. Campbell, PO Box 7290<br>Phoenix AZ 85011-7290 | | | 2006<br>Corporate debt - may be personal | | | | $ 9,432.33 |
| Account No:   4296<br><br>Representing:<br>Ford Motor Credit Company | | | Christopher H. Purcell<br>Sherman & Sherman<br>120 S. LaSalle, #1460<br>Chicago IL 60603 | | | | |

Sheet No.  12  of   32  continuation sheets attached to Schedule of                                    Subtotal $                    $ 33,658.91
Creditors Holding Unsecured Nonpriority Claims                                                           Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re  PATRICK SULLIVAN                                    ,          Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   -001<br>Creditor # : 44<br>GE Capital<br>P. O. Box 740441<br>Atlanta GA 30374-0441 | | | 2006<br>Corporate debt - may be personal | | | | $ 6,362.91 |
| Account No:<br>Creditor # : 45<br>Grainco FS, Inc.<br>4000 N. Division St.<br>Morris IL 60450-9357 | | | 2006<br>Corporate debt - may be personal | | | | $ 14,060.26 |
| Account No:   1351<br>Creditor # : 46<br>Gulf Harbour Golf & Country<br>14500 Vista River Drive<br>Fort Myers FL 33908 | | | 2007<br>Corporate debt - may be personal | | | | $ 9,067.63 |
| Account No:   1351<br>Representing:<br>Gulf Harbour Golf & Country | | | Cohen & Grigsby<br>27200 Riverview Center Blvd.<br>Suite 309<br>Bonita Springs FL 34134 | | | | |
| Account No:<br>Creditor # : 47<br>Healthcare Service Corp.<br>P. O. Box 1186<br>Chicago IL 60690-1186 | | | 2006<br>Corporate debt - may be personal | | | | $ 4,101.08 |
| Account No:   9345<br>Creditor # : 48<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | | 2006<br>Corporate debt - may be personal | | | | $ 8,935.93 |

Sheet No.  13  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 42,527.81

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_____,   Case No. _____
           **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9345 Representing: Hinsdale Bank & Trust Company | | Donald Newman Donald L. Newman & Assoc. 11 S. LaSalle, #1500 Chicago IL 60603 | | | | |
| Account No:   6792 Creditor # : 49 Hinsdale Bank & Trust Company 25 E. First Street Hinsdale IL 60521 | | 2006 Corporate debt - may be personal | | | | $ 20,193.63 |
| Account No:   6792 Representing: Hinsdale Bank & Trust Company | | Donald Newman Donald L. Newman & Assoc. 11 S. LaSalle, #1500 Chicago IL 60603 | | | | |
| Account No:   3669 Creditor # : 50 Hinsdale Bank & Trust Company 25 E. First Street Hinsdale IL 60521 | | 2006 Corporate debt - may be personal | | | | $ 16,231.61 |
| Account No:   3669 Representing: Hinsdale Bank & Trust Company | | Donald Newman Donald L. Newman & Assoc. 11 S. LaSalle, #1500 Chicago IL 60603 | | | | |
| Account No:   6784 Creditor # : 51 Hinsdale Bank & Trust Company 25 E. First Street Hinsdale IL 60521 | | 2006 Corporate debt - may be personal | | | | $ 19,227.53 |

Sheet No.  _14_ of  _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 55,652.77

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _PATRICK SULLIVAN_____,          Case No._____
                    **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6784<br><br>*Representing:*<br>*Hinsdale Bank & Trust Company* | | | Donald Newman<br>Donald L. Newman & Assoc.<br>11 S. LaSalle, #1500 | | | | |
| Account No:    6776<br><br>Creditor # : 52<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | | 2006<br>Corporate debt - may be personal | | | | $ 22,976.69 |
| Account No:    6776<br><br>*Representing:*<br>*Hinsdale Bank & Trust Company* | | | Donald Newman<br>Donald L. Newman & Assoc.<br>11 S. LaSalle, #1500<br>Chicago IL 60603 | | | | |
| Account No:    3669<br><br>Creditor # : 53<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | | 2006<br>Corporate debt - may be personal | | | | $ 2,968.12 |
| Account No:    3669<br><br>*Representing:*<br>*Hinsdale Bank & Trust Company* | | | Donald Newman<br>Donald L. Newman & Assoc.<br>11 S. LaSalle, #1500<br>Chicago IL 60603 | | | | |
| Account No:    6768<br><br>Creditor # : 54<br>Hinsdale Bank & Trust Company<br>25 E. First Street<br>Hinsdale IL 60521 | | | 2006<br>Corporate debt - may be personal | | | | $ 2,144.89 |

Sheet No.  15  of   32  continuation sheets attached to Schedule of           Subtotal $       $ 28,089.70
Creditors Holding Unsecured Nonpriority Claims                                Total $
                                                        (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                                        and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_____,    Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6768 <br><br> *Representing:* <br> *Hinsdale Bank & Trust Company* | | | *Donald Newman* <br> *Donald L. Newman & Assoc.* <br> *11 S. LaSalle, #1500* <br> *Chicago IL 60603* | | | | |
| Account No:    6768 <br><br> *Creditor # : 55* <br> *Hinsdale Bank & Trust Company* <br> *25 E. First Street* <br> *Hinsdale IL 60521* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 22,373.34 |
| Account No:    6768 <br><br> *Representing:* <br> *Hinsdale Bank & Trust Company* | | | *Donald Newman* <br> *Donald L. Newman & Assoc.* <br> *11 S. LaSalle, #1500* <br> *Chicago IL 60603* | | | | |
| Account No: <br><br> *Creditor # : 56* <br> *I.U.O.E. Local 150* <br> *P. O. Box 94427* <br> *Chicago IL 60690-4427* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 5,974.06 |
| Account No: <br><br> *Creditor # : 57* <br> *Ill. Bell dba SBC nka AT & T* <br> *c/o Burrows & Assoc., P.C.* <br> *2364 Plainfield Rd., Ste D* <br> *Crest Hill IL 60435-* | | | *2006* <br> *Corporate debt - may be personal* | | | | *Unknown* |
| Account No:    9724 <br><br> *Creditor # : 58* <br> *Ingersoll-Rand Financial Serv.* <br> *Div. of CitiCapital Comm Corp.* <br> *P. O. Box 6229* <br> *Carol Stream IL 60197-6229* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 44,259.31 |

Sheet No. _16_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 72,606.71 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_____,            Case No._____
                      **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3357 Creditor # : 59 Ingersoll-Rand Financial Serv. Div. of CitiCapital Comm Corp. P. O. Box 6229 Carol Stream IL 60197-6229 | | | 2006 Corporate debt - may be personal | | | | $ 199,443.90 |
| Account No:   9001 Creditor # : 60 Interstate Bank of Oak Forest Attn: Loan Department 15533 S. Cicero Ave. Oak Forest IL 60452-3626 | | | 2006 Corporate debt - may be personal | | | | $ 127,366.17 |
| Account No:   9001 Representing: Interstate Bank of Oak Forest | | | James Ashack Ashack & Daudish, P.C. P. O. Box 526 Oak Forest IL 60452-0526 | | | | |
| Account No:   9001 Representing: Interstate Bank of Oak Forest | | | Andrew Tinberg Interstate Bank of Oak Forest 15533 S. Cicero Ave. Oak Forest IL 60452-3626 | | | | |
| Account No: Creditor # : 61 J. Merle Jones & Sons Internet 103 S. Larkin Joliet IL 60436 | | | 2006 Corporate debt - may be personal | | | | $ 4,279.95 |
| Account No:   0251 Creditor # : 62 Key Equipment Finance Payment Processing P. O. Box 203901 Houston TX 77216-3901 | | | 2006 Corporate debt - may be personal | | | | Unknown |

Sheet No. _17_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 331,090.02

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_____,        Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0251<br><br>Representing:<br>Key Equipment Finance | | | Key Equipment Finance Inc.<br>1000 S. McCaslin Blvd.<br>Superior CO 80027 | | | | |
| Account No:   0251<br><br>Representing:<br>Key Equipment Finance | | | Quarles & Brady LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Phoenix AZ 85004-2391 | | | | |
| Account No:<br>Creditor # : 63<br>L. U. 130 Contribution Acct.<br>1340 W. Washington Blvd.<br>Chicago IL 60607 | | | 2006<br>Corporate debt - may be personal | | | | $ 10,289.71 |
| Account No:<br>Creditor # : 64<br>Laborers' Pension & Welfare<br>33367 Treasury Center<br>Chicago IL 60694-3300 | | | 2006<br>Corporate debt - may be personal | | | | Unknown |
| Account No:<br><br>Representing:<br>Laborers' Pension & Welfare | | | Patrick T. Wallace<br>Office of Fund Counsel<br>111 W. Jackson, #1415<br>Chicago IL 60604 | | | | |
| Account No:<br>Creditor # : 65<br>Laborers' Work Dues Fund<br>Dept. 4334<br>Carol Stream IL 60122-4334 | | | 2006<br>Corporate debt - may be personal | | | | $ 1,586.25 |

Sheet No. __18__ of ___32___ continuation sheets attached to Schedule of          Subtotal $          $ 11,875.96
Creditors Holding Unsecured Nonpriority Claims

                                                                              Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re  *PATRICK SULLIVAN*                                                    ,          Case No. _____

Debtor(s)                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 66*<br>*Leep's Supply Co., Inc.*<br>*8001 Tyler Street*<br>*Merrillville IN 46410* | | | *2006*<br>*Corporate debt - may be personal* | | | | $ 34,605.59 |
| Account No:<br>*Creditor # : 67*<br>*Local 422 Fringe Benefits*<br>*c/o First Midwest Bank*<br>*50 W. Jefferson Street*<br>*Joliet IL 60432* | | | *2006*<br>*Corporate debt - may be personal* | | | | *Unknown* |
| Account No:<br>*Representing:*<br>*Local 422 Fringe Benefits* | | | *John Etzkorn-Philip Brzozowski*<br>*Arnold and Kadjan*<br>*19 W. Jackson Blvd., #300*<br>*Chicago IL 60604* | | | | |
| Account No:<br>*Creditor # : 68*<br>*Martin Implement*<br>*16400 S. 104th Avenue*<br>*Orland Park IL 60467* | | | *2006*<br>*Corporate debt - may be personal* | | | | $ 3,213.56 |
| Account No:<br>*Creditor # : 69*<br>*Martin Leasing, Inc.*<br>*16400 S. 104th Avenue*<br>*Orland Park IL 60467* | | | *2006*<br>*Corporate debt - may be personal* | | | | $ 1,310.75 |
| Account No:   *4660*<br>*Creditor # : 70*<br>*Mercedes Benz Financial*<br>*c/o American Coll. Systems*<br>*P. O. Box 29117*<br>*Columbus OH 43229-0117* | | | *May, 2008* | | | | $ 434.40 |

Sheet No.  19  of  32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 39,564.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_ _____,   Case No._____
 **Debtor(s)**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4660 <br><br> *Representing:* <br> *Mercedes Benz Financial* | | | *American Collection Systems* <br> *P. O. Box 1968* <br> *Southgate MI 48195-0968* | | | | |
| Account No: <br><br> *Creditor # : 71* <br> *Mid America Water, Inc.* <br> *1500 East Mountain* <br> *Aurora IL 60505* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 70,287.39 |
| Account No: <br><br> *Representing:* <br> *Mid America Water, Inc.* | | | *Teller Levit Silvertrust* <br> *11 East Adams St.* <br> *8th Floor* <br> *Chicago IL 60603* | | | | |
| Account No: <br><br> *Creditor # : 72* <br> *Midwest Cage Co.* <br> *P. O. Box 1143* <br> *New Lenox IL 60451* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 5,820.17 |
| Account No: <br><br> *Creditor # : 73* <br> *Mobile Facilities of Illinois* <br> *3230 East Lincoln Highway* <br> *Chicago Heights IL 60411* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 1,000.00 |
| Account No: <br><br> *Creditor # : 74* <br> *MOE Apprenticeship Fund* <br> *P. O. Box 74632* <br> *Chicago IL 60675-4632* | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 3,314.04 |

Sheet No.  20  of   32 continuation sheets attached to Schedule of          **Subtotal $** | $ 80,421.60
Creditors Holding Unsecured Nonpriority Claims                             **Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _PATRICK SULLIVAN_____,    Case No._____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 75<br>MOE CRF<br>P. O. Box 74632<br>Chicago IL 60675-4632 | | | 2006<br>Corporate debt - may be personal | | | | $ 971.73 |
| Account No:<br>Creditor # : 76<br>MOE Pension Fund<br>P. O. Box 74632<br>Chicago IL 60675-4632 | | | 2006<br>Corporate debt - may be personal | | | | $ 27,937.29 |
| Account No:<br>Creditor # : 77<br>MOE Vacation Savings Plan<br>P. O. Box 74632<br>Chicago IL 60675-4632 | | | 2006<br>Corporate debt - may be personal | | | | $ 9,277.30 |
| Account No:<br>Creditor # : 78<br>MOE Welfare Fund<br>P. O. Box 74632<br>Chicago IL 60675-4632 | | | 2006<br>Corporate debt - may be personal | | | | $ 34,940.34 |
| Account No:<br>Creditor # : 79<br>MPS & Co.<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park IL 60462 | | | 2006<br>Corporate debt - may be personal | | | | $ 6,115.50 |
| Account No:<br>Creditor # : 80<br>MPS & Co.<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park IL 60462 | | | 2006<br>Corporate debt - may be personal | | | | $ 7,044.50 |

Sheet No. _21_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　$ 86,286.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,      Case No._____
          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  &B24  Creditor # : 81  Navistar Financial  P. O. Box 96070  Chicago IL 60693-6070 | | | 2006  Corporate debt - may be personal | | | | $ 27,527.49 |
| Account No:  &B24  Representing:  Navistar Financial | | | Kathleen N. Siegel  Navistar Financial Corporation  425 N. Martingale Rd., 18th Fl  Schaumburg IL 60173 | | | | |
| Account No:  Creditor # : 82  Navistar Leasing Company  P. O. Box 98454  Chicago IL 60693 | | | 2006  Corporate debt - may be personal | | | | $ 53,540.39 |
| Account No:  Creditor # : 83  Navistar Leasing Company  P. O. Box 98454  Chicago IL 60693 | | | 2006  Corporate debt - may be personal | | | | $ 67,742.22 |
| Account No:  Creditor # : 84  Navistar Leasing Company  P. O. Box 98454  Chicago IL 60693 | | | 2006  Corporate debt - may be personal | | | | $ 23,879.61 |
| Account No:  Creditor # : 85  Navistar Leasing Company  P. O. Box 98454  Chicago IL 60693 | | | 2006  Corporate debt - may be personal | | | | $ 60,556.45 |

Sheet No. __22__ of __32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 233,246.16

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,   Case No. _____
                          **Debtor(s)**                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 86 <br> Navistar Leasing Company <br> P. O. Box 98454 <br> Chicago IL 60693 | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 65,630.94 |
| Account No: <br> Creditor # : 87 <br> Navistar Leasing Company <br> P. O. Box 98454 <br> Chicago IL 60693 | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 57,538.44 |
| Account No: <br> Creditor # : 88 <br> Navistar Leasing Company <br> P. O. Box 98454 <br> Chicago IL 60693 | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 25,885.60 |
| Account No: <br> Creditor # : 89 <br> Navistar Leasing Company <br> P. O. Box 98454 <br> Chicago IL 60693 | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 27,354.70 |
| Account No: <br> Creditor # : 90 <br> Navistar Leasing Company <br> P. O. Box 98454 <br> Chicago IL 60693 | | | *2006* <br> *Corporate debt - may be personal* | | | | $ 64,088.96 |
| Account No:   0141 <br> Creditor # : 91 <br> NextCare Urgent Care <br> 2550 North Thunderbird Circle <br> Suite 303 <br> Mesa AZ 85215-1219 | | | *August, 2007* <br> *Medical Bills* | | | | $ 160.00 |

Sheet No.  _23_ of  _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 240,658.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re PATRICK SULLIVAN                                          ,          Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 92 <br> Nicor Gas <br> Claims & Litigation/7 W Nicor <br> P. O. Box 585 <br> Aurora IL 60507-0585 | | | 2006 <br> Corporate debt - may be personal | | | | $ 4,384.09 |
| Account No:   0009 <br> Creditor # : 93 <br> Nicor Gas <br> P. O. Box 416 <br> Aurora IL 60568-0001 | | | 2007 <br> Utility Bills | | | | $ 698.77 |
| Account No:   0009 <br> Representing: <br> Nicor Gas | | | Nicor Gas <br> P. O. Box 2020 <br> Aurora IL 60507-2020 | | | | |
| Account No: <br> Creditor # : 94 <br> Patten Industries, Inc. <br> 635 W. Lake Street <br> Elmhurst IL 60126 | | | 2006 <br> Corporate debt - may be personal | | | | $ 12,911.12 |
| Account No: <br> Creditor # : 95 <br> Pierson dba Norwalk Tank/Sales <br> c/o Bonds, Zumstein, et al. <br> 60 N. Chicago St. <br> Joliet IL 60432 | | | 2006 <br> Corporate debt - may be personal | | | | $ 44,887.98 |
| Account No: <br> Creditor # : 96 <br> Pomp's Tire <br> 22635 NE Frontage <br> Channahon IL 60410 | | | 2006 <br> Corporate debt - may be personal | | | | Unknown |

Sheet No.  24  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 62,881.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re PATRICK SULLIVAN _____ ,   Case No. _____
_____ **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3001 Creditor # : 97 Prairie Bank & Trust 19102 S. 88th Ave. Mokena IL 60448 | | | 2006 Corporate debt - may be personal | | | | $ 22,377.29 |
| Account No:  3001 Representing: Prairie Bank & Trust | | | Carl Pedersen Prairie Bank & trust Co. 7661 S. Harlem Ave. Bridgeview IL 60455 | | | | |
| Account No:  3001 Representing: Prairie Bank & Trust | | | Steven R. Rappin Hauselman Rappin & Olswang Ltd 39 S. LaSalle St., #1105 Chicago IL 60603 | | | | |
| Account No:  9001 Creditor # : 98 Prairie Bank & Trust 19102 S. 88th Ave. Mokena IL 60448 | | | 2006 Corporate debt - may be personal | | | | $ 14,965.41 |
| Account No:  9001 Representing: Prairie Bank & Trust | | | Carl Pedersen Prairie Bank & Trust Co. 7661 S. Harlem Ave. Bridgeview IL 60455 | | | | |
| Account No:  9001 Representing: Prairie Bank & Trust | | | Steven R. Rappin Hauselman Rappin & Olswang Ltd 39 S. LaSalle St., #1105 Chicago IL 60603 | | | | |

Sheet No.  25  of  32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 37,342.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,   Case No. _____
                 **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9002<br><br>Creditor # : 99<br>Prairie Bank & Trust<br>19102 S. 88th Ave.<br>Mokena IL 60448 | | | 2006<br>Corporate debt - may be personal | | | | $ 500,000.00 |
| Account No: 9002<br><br>Representing:<br>Prairie Bank & Trust | | | Carl Pedersen<br>Prairie Bank & Trust Co.<br>7661 S. Harlem Ave.<br>Bridgeview IL 60455 | | | | |
| Account No: 9002<br><br>Representing:<br>Prairie Bank & Trust | | | Steven R. Rappin<br>Hauselman Rappin & Olswang Ltd<br>39 W. LaSalle St., #1105<br>Chicago IL 60603 | | | | |
| Account No: 9003<br><br>Creditor # : 100<br>Prairie Bank & Trust<br>19102 S. 88th Ave.<br>Mokena IL 60448 | | | 2006<br>Corporate debt - may be personal | | | | $ 135,838.62 |
| Account No: 9003<br><br>Representing:<br>Prairie Bank & Trust | | | Carl Pedersen<br>Prairie Bank & Trust Co.<br>7661 S. Harlem Ave.<br>Bridgeview IL 60455 | | | | |
| Account No: 9003<br><br>Representing:<br>Prairie Bank & Trust | | | Steven R. Rappin<br>Hauselman Rappin & Olswang Ltd<br>39 S. LaSalle St., #1105<br>Chicago IL 60603 | | | | |

Sheet No. _26_ of _32_ continuation sheets attached to Schedule of         Subtotal $         $ 635,838.62
Creditors Holding Unsecured Nonpriority Claims                              Total $
                                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re PATRICK SULLIVAN _____ ,   Case No. _____

Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5991<br>Creditor # : 101<br>Progressive<br>P. O. Box 31260<br>Tampa FL 33631 | | | March, 2008<br>Insurance | | | | $ 2,468.89 |
| Account No: 5991<br><br>Representing:<br>Progressive | | | Progressive<br>P. O. Box 894105<br>Los Angeles CA 90189-4105 | | | | |
| Account No:<br>Creditor # : 102<br>R. H. Donnelley<br>8519 Innovation Way<br>Chicago IL 60682-0085 | | | 2006<br>Corporate debt - may be personal | | | | $ 17,800.00 |
| Account No:<br>Creditor # : 103<br>Rite-A-Way Truck & Auto<br>1022 A. Cedar Road<br>New Lenox IL 60451 | | | 2006<br>Corporate debt - may be personal | | | | $ 5,340.01 |
| Account No:<br>Creditor # : 104<br>Road King Tire & Service<br>1200 S. Cedar Road<br>New Lenox IL 60451 | | | 2006<br>Corporate debt - may be personal | | | | $ 11,910.78 |
| Account No:<br>Creditor # : 105<br>Sign Tech<br>222 E. Otto Dr.<br>New Lenox IL 60451 | | | 2006<br>Corporate debt - may be personal | | | | Unknown |

Sheet No. 27 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 37,519.68
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _PATRICK SULLIVAN_ _____,   Case No. _____

**Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9975<br>Creditor # : 106<br>Sonora Quest Laboratories, Llc<br>c/o AMCA<br>P. O. Box 1235<br>Elmsford NY 10523-0935 | | | June, 2007<br>Medical Bills | | | | $ 164.90 |
| Account No.   9975<br><br>Representing:<br>Sonora Quest Laboratories, Llc | | | AMCA Collection Agency<br>2269 South Saw Mill River Road<br>Building 3<br>Elmsford NY 10523-0935 | | | | |
| Account No.   9975<br><br>Representing:<br>Sonora Quest Laboratories, Llc | | | AMCA Collection Agency<br>P. O. Box 1235<br>Elmsford NY 10523-0935 | | | | |
| Account No.<br>Creditor # : 107<br>South West Home Builders Assoc<br>10767 West 163rd Place<br>Orland Park IL 60467 | | | 2006<br>Corporate debt - may be personal | | | | $ 1,220.00 |
| Account No.<br>Creditor # : 108<br>Suburban Teamsters Pens. Fund<br>1275 W. Roosevelt Road<br>West Chicago IL 60185-4833 | | | 2006<br>Corporate debt - may be personal | | | | Unknown |
| Account No.<br><br>Representing:<br>Suburban Teamsters Pens. Fund | | | John Etzkorn-Philip Brzozowski<br>Arnold and Kadjan<br>19 W. Jackson Blvd., #300<br>Chicago IL 60604 | | | | |

Sheet No.  _28_  of  _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,384.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _PATRICK SULLIVAN_____,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 109* <br> *Suburban Teamsters Pens. Fund* <br> *c/o Union National Bank Elgin* <br> *1815 Grandstand Pl* <br> *Elgin IL 60123-4916* | | | *Corporate debt - may be personal* | | | | *Unknown* |
| Account No: <br> *Representing:* <br> *Suburban Teamsters Pens. Fund* | | | *John Etzkorn-Philip Brzozowski* <br> *Arnold and Kadjan* <br> *19 W. Jackson Blvd., #300* <br> *Chicago IL 60604* | | | | |
| Account No: <br> *Creditor # : 110* <br> *Suburban Teamsters Welf. Fund* <br> *c/o Union National Bank Elgin* <br> *1815 Grandstand Pl.* <br> *Elgin IL 60123-4916* | | | *2006* <br> *Corporate debt - may be personal* | | | | *Unknown* |
| Account No: <br> *Representing:* <br> *Suburban Teamsters Welf. Fund* | | | *John Etzkorn-Philip Brzozowski* <br> *Arnold and Kadjan* <br> *19 W. Jackson Blvd., #300* <br> *Chicago IL 60604* | | | | |
| Account No: <br> *Creditor # : 111* <br> *Suburban Teamsters Welf. Fund* <br> *1275 W. Roosevelt Road* <br> *West Chicago IL 60185-4833* | | | *2006* <br> *Corporate debt - may be personal* | | | | *Unknown* |
| Account No: <br> *Representing:* <br> *Suburban Teamsters Welf. Fund* | | | *John Etzkorn-Philip Brzozowski* <br> *Arnold and Kadjan* <br> *19 W. Jackson Blvd., #300* <br> *Chicago IL 60604* | | | | |

Sheet No. _29_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re PATRICK SULLIVAN                                    ,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 112 <br> SW Suburban Home Builders As. <br> 10767 West 163rd Place <br> Orland Park IL 60467 | | | 2006 <br> Corporate debt - may be personal | | | | $ 2,020.00 |
| Account No: <br> Creditor # : 113 <br> Terry's Ford <br> 363 N. Harlem Avenue <br> Peotone IL 60468 | | | 2006 <br> Corporate debt - may be personal | | | | $ 7,248.00 |
| Account No: <br> Creditor # : 114 <br> The Hartford <br> P. O. Box 2907 <br> Hartford CT 06104-2907 | | | 2006 <br> Corporate debt - may be personal | | | | $ 1,091.00 |
| Account No:   0001 <br> Creditor # : 115 <br> Toyota Financial Services <br> 19001 So. Western Ave. <br> Maildrop WF12 <br> Torrance CA 90501 | | | 2006 <br> Corporate debt - may be personal | | | | $ 58,171.92 |
| Account No:   0002 <br> Creditor # : 116 <br> Toyota Financial Services <br> 19001 So. Western Ave. <br> Maildrop WF12 <br> Torrance CA 90501 | | | 2006 <br> Corporate debt - may be personal | | | | $ 58,171.92 |
| Account No:   0003 <br> Creditor # : 117 <br> Toyota Financial Services <br> 19001 So. Western Ave. <br> Maildrop WF12 <br> Torrance CA 90501 | | | 2006 <br> Corporate debt - may be personal | | | | $ 58,171.01 |

Sheet No.  30  of   32  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 184,873.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re PATRICK SULLIVAN                                    ,                    Case No._____
　　　　　　　　Debtor(s)                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 118 Underground Pipe & Valve Co. P. O. Box 279 Plainfield IL 60544-0279 | | 2006 Corporate debt - may be personal | | | | $ 1,354.68 |
| Account No: Representing: Underground Pipe & Valve Co. | | Law Office of Dennis B. Porick 63 W. Jefferson Street Suite 100 Joliet IL 60432 | | | | |
| Account No: Creditor # : 119 United Rentals, Inc. c/o CRF Solutions 2051 Royal Ave., PO Box 1389 Simi Valley CA 93065 | | 2006 | | | | $ 7,175.02 |
| Account No: Creditor # : 120 University of Chicago Hospital 1122 Paysphere Circle Chicago IL 60674 | | 2006 Medical Bills | | | | $ 108.00 |
| Account No: Creditor # : 121 Valley Run Stone 10425 Joliet Road Newark IL 60541 | | 2006 Corporate debt - may be personal | | | | Unknown |
| Account No: Creditor # : 122 Vulcan Construction Mat. LP 75 Remittance Drive Suite 3155 Chicago IL 60675-6108 | | 2006 Corporate debt - may be personal | | | | $ 1,284.98 |

Sheet No. 31 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 9,922.68

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re PATRICK SULLIVAN_____ ,          Case No._____

**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0999 | | | | | | | $ 250.00 |
| Creditor # : 123 Will Co. Health Dept. 501 Ella Ave. Joliet IL 60433-2799 | | | Medical Bills | | | | |
| Account No:   0999 | | | | | | | |
| Representing: Will Co. Health Dept. | | | I. C. System, Inc. 444 Highway 96 East P. O. Box 64437 Saint Paul MN 55164-0437 | | | | |
| Account No:   0999 | | | | | | | |
| Representing: Will Co. Health Dept. | | | I. C. System, Inc. 444 Highway 96 East P. O. Box 64378 Saint Paul MN 55164-0378 | | | | |
| Account No: | | | 2006 | | | | $ 9,323.88 |
| Creditor # : 124 Windy City Heavy Equipment Ser 930 Kromway Road Lemont IL 60439-6108 | | | Corporate debt - may be personal | | | | |
| Account No: | | | | | | | |
| Representing: Windy City Heavy Equipment Ser | | | Windy City Heavy Equip. Serv. c/o Gina Krol, Cohen & Krol 105 W. Madison, #1100 Chicago IL 60602 | | | | |
| Account No: | | | | | | | |

Sheet No. 32 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 9,573.88

Total $                     $ 4,562,056.98

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re  *PATRICK SULLIVAN*                                                      / Debtor          Case No. _____
                                                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re _PATRICK SULLIVAN_____ / Debtor   Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re _PATRICK SULLIVAN_____ ,   Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | *Wife* | *41* |
| | *Son* | *16* |
| | *Daughter* | *15* |
| | *Daughter* | *13* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Salesman* | |
| Name of Employer | *Martin Implement Sales* | |
| How Long Employed | *4 months* | |
| Address of Employer | *18400 115th Ave.* *Orland Park IL  60467* | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,766.67 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,766.67 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 779.31 | $ | 0.00 |
| b. Insurance | $ | 375.18 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): *Garnishment* | $ | 715.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,869.49 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,897.18 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ | 2,897.18 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | | $ | 2,897.18 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Page No. _1_ of _1_

B6J (Official Form 6J) (12/07)

In re *PATRICK SULLIVAN*                                                    ,                    Case No. _____
                          **Debtor(s)**                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,500.00 |
|    a. Are real estate taxes included?    Yes ☐   No ☒ | |
|    b. Is property insurance included?    Yes ☐   No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 1,000.00 |
|           b. Water and sewer | $ 250.00 |
|           c. Telephone | $ 25.00 |
|           d. Other | $ 0.00 |
|           Other | $ 0.00 |
|           Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 1,500.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 2,000.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 0.00 |
|    e. Other | $ 0.00 |
|      Other | $ 0.00 |
|      Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other: | $ 0.00 |
|    c. Other: | $ 0.00 |
|    d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
|    Other: | $ 0.00 |
|    Other: | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 7,695.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $ 2,897.18 |
|    b. Average monthly expenses from Line 18 above | $ 7,695.00 |
|    c. Monthly net income (a. minus b.) | $ (4,797.82) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *PATRICK SULLIVAN*

Case No.
Chapter   7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $           0.00 | | |
| B-Personal Property | Yes | 3 | $           0.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $           0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $           0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $   4,562,056.98 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $      2,897.18 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $      7,695.00 |
| TOTAL | | 44 | $           0.00 | $   4,562,056.98 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *PATRICK SULLIVAN*

Case No.

Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,897.18 |
| Average Expenses (from Schedule J, Line 18) | $ 7,695.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 4,766.67 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 4,562,056.98 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 4,562,056.98 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _PATRICK SULLIVAN_ _____    Case No. _____
                    Debtor                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___45___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _6/5/2008_____          Signature _____
                                                              PATRICK SULLIVAN

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *PATRICK SULLIVAN*                                           Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

*Year to date: 17,520.00*                       *Employment*
*Last Year: -0-*
*Year before: 100,000.00*

---

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Laborers' Pension Fund, et al. v. Kenmare & Associates, et al. - 06 C 3480* | *Default on installment note* | *U. S. District Court for the Northern District of Illinois, Eastern Division* | *Judgment: 178,977.48* |
| *Illinois Bell Telephone v. Kenmare & Associates, et al. No. 06 AR 751* | *Damages to property* | *Twelfth Judicial Circuit, Will County, Illinois* | *Unknown* |
| *Mid American Water, Inc. v. Patrick Sullivan - 06 L 8926* | *Contract Complaint* | *Circuit Court of Cook County, Illinois, Law Division* | *Judgment: 70,287.39* |
| *Crawford Supply Group, Inc. v. Patrick Sullivan - 06 L 9882* | *Breach of Guaranty* | *Circuit Court of Cook County, Illinois, Law Division* | *Judgment: 825,783.38* |
| *Crawford Supply* | *Complaint for* | *Twelfth Judicial* | *Judgment:* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Group v. Pulte Home Corp., Kenmare Construction, et al. - 07 CH 779* | *Foreclosure of Mechanics Lien* | *Circuit, Will County, Illinois* | *35,777.60* |
| *George W. Pierson, et al. v. Patrick Sullivan* | *Breach of Personal Guaranty* | *Twelfth Judicial Circuit, Will County, Illinois* | *Judgment: 44,887.98* |
| *Citicapital Commercial Corp. v. Kenmare & Assoc., et al. - 2007 L 050103* | *Complaint in Replevin* | *Circuit Court of Cook County, Illinois, Law Division* | *Unknown* |
| *Bank of New York v. Sullivan, et al. - No. 07 CH 1126* | *Foreclosure/Sheriff's Sale* | *12th Judicial Circuit, Will County, Joliet, Illinois* | *Unknown* |
| *American Express n/k/a Key Equipment Finance v. Sullivan No. CV 2008-012277* | *Collection* | *Superior Court, Maricopa County, Arizona* | *Filed May 28, 2008* |
| *New Lenox Currency Exchange v. Sullivan - No 06 SC 8024* | | *Nineteenth Judicial Circuit, Will County, Illinois* | *Unknown* |

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ☒ | |

## 5. Repossessions, foreclosures and returns

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ☐ | |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Patrick Sullivan Address: 21439 Foxtail Dr., Mokena, IL 60448* | *2007* | *Description: 21301 Prestancia Drive, Mokena, IL 60448 Value: Unknown (Judgment: approximately 314,636.21)* |

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☒    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor: Patrick Sullivan<br>Address: 21301 Prestancia Drive,<br>Mokena, IL 60448<br>11162 North 129th Way,<br>Scottsdale, AZ 85259 | Name(s): | 3/31/07<br>4/1/07 –<br>12/20/07 |

## 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Name: BONNIE KAY SULLIVAN

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| None | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|------|---|
| ☒ | |

| None | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|------|---|
| ☒ | |

## 18. Nature, location and name of business

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|
| *Kenmare & Assoc., Inc.* *Kenmare Construction* *Kenmare Trucking* | *ID:36-4282829* *36-4474272* *20-0962522* | *102 Ford Drive, Unit A, New Lenox, Illinois 60451* | *Construction* | *to June, 2006* |

| None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|------|---|
| ☒ | |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *06/05/2008*          Signature _____
                            of Debtor

Date  _____       Signature _____
                            of Joint Debtor
                            (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *PATRICK SULLIVAN*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *None* | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

### Signature of Debtor(s)

Date: *06/05/2008*_____    Debtor: _____

Date: _____    Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *PATRICK SULLIVAN*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:   *John K. Kneafsey*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____  *0.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____  *0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____  *0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *06/05/2008*

Respectfully submitted,

x _John K Kneafsey_____

Attorney for Petitioner: *John K. Kneafsey*
*NISEN & ELLIOTT*
*200 West Adams Street*
*Suite 2500*
*Chicago IL   60606*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *PATRICK SULLIVAN*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:   *John K. Kneafsey*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/05/2008* _____

_____
Debtor